

# United States District Court
# Eastern District of California

| | |
|---|---|
| Howard Jackson | Case Number: 1:22-CV-00038-JLT-BAK(SKO) |
| Plaintiff(s) | |
| V. | |
| Thomson International Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William Dale Marler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Howard Jackson, Plaintiff

On  10/27/1987  (date), I was admitted to practice and presently in good standing in the Supreme Court and all WA State Courts  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

See attached list of applications made concurrently on 8/8/2022 to this court.

Date: 08/08/2022   Signature of Applicant: /s/ William Dale Marler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William Dale Marler |
| Law Firm Name: | Marler Clark LLP PS |
| Address: | 1012 1st Avenue, 5th Floor |
| City: | Seattle   State: WA   Zip: 98104-1008 |
| Phone Number w/Area Code: | (206) 346-1898 |
| City and State of Residence: | Bainbridge Island, WA |
| Primary E-mail Address: | bmarler@marlerclark.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Craig Murphy |
| Law Firm Name: | Murphy & Murphy Law Offices |
| Address: | 4482 Market Street, Ste 407 |
| City: | Ventura   State: CA   Zip: 93003 |
| Phone Number w/Area Code: | (805) 330-3393   Bar # CA 314526 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/15/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT